UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DONALD JOSEPH BELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:05-CV-1933-G |
| C.L. WILLIAMS, ET AL., ) | |
| ) | **ECF** |
| Defendants. ) | |

### ORDER

After making the independent review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the findings, conclusions and recommendation of the Magistrate Judge are **ADOPTED**.

January 4, 2006.

_____
A. JOE FISH
CHIEF JUDGE